# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 8:11CR350 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| DOMINGO GOMEZ-VASQUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

This case is before the court on the defendant Domingo Gomez-Vasquez's Motion for Further Detention Hearing and Conditional Release (#18). The motion is denied.

On October 27, 2011 the court held a detention hearing pursuant to 18 U.S.C. § 3142(f) of the Bail Reform Act. The court ordered the defendant detained pursuant to 18 U.S.C. § 3142(e). The court entered a Detention Order (#14) setting out the reasons for detention. Defendant's motion for further detention hearing contains no additional evidence or information that would cause the court to reconsider its ruling. This is particularly true given the defendant's pending immigration case and his use of aliases.

**IT IS ORDERED:** That defendant's Motion for Further Detention Hearing and Conditional Release (#18) is denied without hearing.

Dated this 7th day of November 2011.

BY THE COURT:

S/ F.A. Gossett, III
United States Magistrate Judge